UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE JUNG, LLC et al. | CIVIL ACTION NO. 23-692 |
| v. | SECTION "G"(5) |
| SONDER USA, INC. | JUDGE NANETTE JOLIVETTE BROWN |
| | MAGISTRATE MICHAEL NORTH |

## SONDER'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Defendant Sonder USA, Inc. ("Sonder"), which submits this Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

As shown in the accompanying Memorandum, the allegations by Plaintiffs, even if taken as true for purposes of this Motion, fail to state a claim upon which relief can be granted. Sonder prays that this Court grant this Motion and dismiss Plaintiffs' claims with prejudice. Pursuant to Paragraph 34 of the Sublease Agreement between Sonder and The Jung Master Tenant, LLC, Sonder prays for an award of its reasonable attorneys' fees incurred in defending this action.

Respectfully submitted,

/s/ Sean T. McLaughlin
DAVID J. HALPERN (#6452)
david.halpern@keanmiller.com
DAVID M. WHITAKER, T.A. (#21149)
david.whitaker@keanmiller.com
SEAN T. MCLAUGHLIN (#31870)
sean.mclaughlin@keanmiller.com
ZOE W. VERMUELEN (#34804)
zoe.vermuelen@keanmiller.com
Kean Miller LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
COUNSEL FOR SONDER USA, INC.

## CERTIFICATE OF SERVICE

**I Hereby Certify** that on this the 29th day of March, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

/s/ Sean T. McLaughlin
**SEAN T. McLAUGHLIN**