UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE JUNG, LLC et al. | CIVIL ACTION NO. 23-692 |
| v. | SECTION "G"(5) |
| SONDER USA, INC. | JUDGE NANETTE JOLIVETTE BROWN |
| | MAGISTRATE MICHAEL NORTH |

### NOTICE OF SUBMISSION

Please take notice that the Motion to Dismiss Plaintiffs' Complaint will be submitted to the Court for decision on April 19, 2023 at 10:00 a.m.

Respectfully submitted,

/s/ Sean T. McLaughlin
DAVID J. HALPERN (#6452)
david.halpern@keanmiller.com
DAVID M. WHITAKER, T.A. (#21149)
david.whitaker@keanmiller.com
SEAN T. MCLAUGHLIN (#31870)
sean.mclaughlin@keanmiller.com
ZOE W. VERMUELEN (#34804)
zoe.vermuelen@keanmiller.com
Kean Miller LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
COUNSEL FOR SONDER USA, INC.

### CERTIFICATE OF SERVICE

**I Hereby Certify** that on this the 29th day of March, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

/s/ Sean T. McLaughlin
**SEAN T. McLAUGHLIN**